# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    EDWARD DILLON                                        Case No.: 5-17-00337-MJC
    MARGARET DILLON                              Chapter 13
          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                        **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 8253/PRE ARREARS/116 SCOTRUN DR |
| Property Address if applicable: | 1285 SCOTRUN DRIVE, , SCOTRUN, PA18355 |

**PART 2:**                        **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5,020.11 |
| b. | Prepetition arrearages paid by the Trustee: | $5,020.11 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $5,020.11 |

**PART 3:**                        **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                        **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2022 					Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI
Court Claim Number: 10

```
CLM #    CHECK #     DATE         PRIN PAID      INT PAID     TOTAL DISB

5200     1171130     08/10/2017    $2,695.00      $0.00        $2695.00
5200     1172676     09/19/2017    $1,878.00      $0.00        $1878.00
5200     1175380     11/08/2017      $447.11      $0.00         $447.11
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    EDWARD DILLON                                   Case No.: 5-17-00337-MJC
    MARGARET DILLON                            Chapter 13
              Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| STEVEN R SAVOIA, ESQUIRE<br>621 ANN STREET<br>P.O. BOX 263<br>STROUDSBURG PA, 18360- | SERVED ELECTRONICALLY |
| NewRez dba Shellpoint Mortgage Servicing<br>PO BOX 10826<br>GREENVILLE, SC, 29603-0826 | SERVED BY 1ST CLASS MAIL |
| EDWARD DILLON<br>MARGARET DILLON<br>1285 SCOTRUN DRIVE<br>SCOTRUN, PA 18355 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2022                                    s/ Liz Joyce
                                                                              Jack N. Zaharopoulos
                                                                              Standing Chapter 13 Trustee
                                                                              Suite A, 8125 Adams Drive
                                                                              Hummelstown, PA 17036
                                                                              Phone: (717) 566-6097
                                                                              Fax: (717) 566-8313
                                                                              eMail: info@pamd13trustee.com