**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Edward Dillon  
    Margaret Dillon a/k/a Margaret M. Dillon  
a/k/a Margaret Mary Dillon  
        Debtor(s)

BK NO. 17-00337 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MEB Loan Trust IV and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
07 Apr 2022, 14:00:03, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322