| | |
|---|---|
| Debtor 1 | Edward Dillon |
| Debtor 2 (Spouse, if filing) | Margaret Dillon |
| United States Bankruptcy Court for the: Middle District of | Pennsylvania (State) |
| Case number | 5:17-bk-00337-MJC |

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of Creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-23CB

Court claim no. (if known):
10

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX8253

**Property address:**

1285 Scotrun Drive
Number          Street

Scotrun, PA 18355
City          State          ZIP Code

| Part 2: | Pre-petition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:          $_____

| Part 3: | Post-petition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total post-petition payments due: | (a) $ | 6,875.73 |
| b. | Total fees, charges, expenses, escrow, costs outstanding, and suspense | +(b) $ | (657.19) |
| c. | **Total.** Add lines a and b | (c) $ | 6,218.54 |

Creditor asserts that the debtor(s) are contractually Obligated for the post-petition payment(s) that first became Due on:          02/01/2022
                                              MM/DD/YYYY
**Post-petition payments are from 2/1/2022-4/1/2022 @$2,291.91.**

Case 5:17-bk-00337-MJC    Doc 85    Filed 04/14/22    Entered 04/14/22 16:47:41    Desc
                    Main Document          Page 1 of 4

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖   __/s/Toni  Townsend_____     Date   __04/14/2022_____
        Signature

Print      __Toni  Townsend_____     Title   __Authorized Agent for the Creditor__
           First Name      Middle Name      Last Name

Company    __McCalla Raymer Leibert Pierce, LLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __1544 Old Alabama Road_____
           Number            Street

           __Roswell, GA 30076_____
           City            State        Zip Code

Contact phone   __(312) 346-9088 X5174_____     Email   __Toni.Townsend@mccalla.com_____

Case 5:17-bk-00337-MJC    Doc 85    Filed 04/14/22    Entered 04/14/22 16:47:41    Desc
Main Document        Page 2 of 4

| In Re: | Edward Dillon | Bankruptcy Case No.: | 5:17-bk-00337-MJC |
|---|---|---|---|
| | Margaret Dillon | Chapter: | 13 |
| | | Judge: | Honorable Mark J Conway |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Edward Dillon
1285 Scotrun Drive
Scotrun, PA 18355

Margaret Dillon
1285 Scotrun Drive
Scotrun, PA 18355

Steven R Savoia                                    *(served via ECF Notification)*
621 Ann Street
PO Box 263
Stroudsburg, PA 18360

Jack N Zaharopoulos, Trustee              *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                            *(served via ECF Notification)*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

     I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  <u>04/14/2022</u>   By:   <u>/s/Toni Townsend</u>
            (date)            Toni Townsend,
                            Authorized Agent for the Creditor

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | 2/14/2017 | $2,419.46 | | $ 2,419.46 | $ 2,419.46 |
| 02/01/17 | 3/2/2017 | $2,418.96 | $2,419.96 | $ (1.00) | $ 2,418.46 |
| 03/01/17 | 4/3/2017 | $2,419.96 | $2,419.96 | $ - | $ 2,418.46 |
| 04/01/17 | 5/1/2017 | $2,419.96 | $2,419.96 | $ - | $ 2,418.46 |
| 05/01/17 | 5/1/2017 | $2,421.46 | $2,419.96 | $ 1.50 | $ 2,419.96 |
| 06/01/17 | 5/1/2017 | $2,422.00 | $2,419.96 | $ 2.04 | $ 2,422.00 |
| 07/01/17 | | | $2,419.96 | $ (2,419.96) | $ 2.04 |
| 08/01/17 | 6/1/2017 | $2,422.00 | $2,419.96 | $ 2.04 | $ 4.08 |
| 09/01/17 | 8/1/2017 | $2,422.00 | $2,419.96 | $ 2.04 | $ 6.12 |
| 10/01/17 | 9/1/2017 | $2,425.00 | $2,419.96 | $ 5.04 | $ 11.16 |
| 11/01/17 | 10/1/2017 | $2,422.00 | $2,419.96 | $ 2.04 | $ 13.20 |
| 12/01/17 | 11/1/2017 | $2,422.00 | $2,419.96 | $ 2.04 | $ 15.24 |
| 01/01/18 | 1/1/2018 | $2,425.00 | $2,419.96 | $ 5.04 | $ 20.28 |
| 02/01/18 | 2/1/2018 | $2,425.00 | $2,419.96 | $ 5.04 | $ 25.32 |
| 03/01/18 | 3/6/2018 | $2,425.00 | $2,419.96 | $ 5.04 | $ 30.36 |
| 04/01/18 | 4/4/2018 | $2,416.86 | $2,419.96 | $ (3.10) | $ 27.26 |
| 05/01/18 | 5/3/2018 | $2,417.00 | $2,416.86 | $ 0.14 | $ 27.40 |
| 06/01/18 | 6/5/2018 | $2,417.00 | $2,416.86 | $ 0.14 | $ 27.54 |
| 07/01/18 | 7/6/2018 | $2,416.86 | $2,416.86 | $ - | $ 27.54 |
| 08/01/18 | 8/16/2018 | $2,417.00 | $2,416.86 | $ 0.14 | $ 27.68 |
| 09/01/18 | 9/29/2018 | $2,460.00 | $2,416.86 | $ 43.14 | $ 70.82 |
| 10/01/18 | 10/29/2018 | $2,460.00 | $2,416.86 | $ 43.14 | $ 113.96 |
| 11/01/18 | 12/6/2018 | $2,460.00 | $2,416.86 | $ 43.14 | $ 157.10 |
| 12/01/18 | 1/15/2019 | $2,420.00 | $2,416.86 | $ 3.14 | $ 160.24 |
| 01/01/19 | 2/8/2019 | $2,417.00 | $2,416.86 | $ 0.14 | $ 160.38 |
| 02/01/19 | 3/5/2019 | $2,420.00 | $2,416.86 | $ 3.14 | $ 163.52 |
| 03/01/19 | 4/4/2019 | $2,420.00 | $2,416.86 | $ 3.14 | $ 166.66 |
| 04/01/19 | 5/7/2019 | $2,420.00 | $2,416.86 | $ 3.14 | $ 169.80 |
| 05/01/19 | 6/13/2019 | $2,420.00 | $2,417.85 | $ 2.15 | $ 171.95 |
| 06/01/19 | 7/5/2019 | $2,420.00 | $2,417.85 | $ 2.15 | $ 174.10 |
| 07/01/19 | 8/23/2019 | $2,420.00 | $2,417.85 | $ 2.15 | $ 176.25 |
| 08/01/19 | 9/17/2019 | $2,418.00 | $2,417.85 | $ 0.15 | $ 176.40 |
| 09/01/19 | 10/10/2019 | $2,418.00 | $2,417.85 | $ 0.15 | $ 176.55 |
| 10/01/19 | 11/18/2019 | $2,419.00 | $2,417.85 | $ 1.15 | $ 177.70 |
| 11/01/19 | 1/7/2020 | $2,419.00 | $2,417.85 | $ 1.15 | $ 178.85 |
| 12/01/19 | 2/17/2020 | $2,420.00 | $2,417.85 | $ 2.15 | $ 181.00 |
| 01/01/20 | 3/9/2020 | $2,420.00 | $2,417.85 | $ 2.15 | $ 183.15 |
| 02/01/20 | 4/7/2020 | $2,420.00 | $2,417.85 | $ 2.15 | $ 185.30 |
| 03/01/20 | 5/5/2020 | $2,427.79 | $2,417.85 | $ 9.94 | $ 195.24 |
| 04/01/20 | 6/3/2020 | $2,427.79 | $2,417.85 | $ 9.94 | $ 205.18 |
| 05/01/20 | 7/16/2020 | $2,427.79 | $2,427.79 | $ - | $ 205.18 |
| 06/01/20 | 8/27/2020 | $2,427.79 | $2,427.79 | $ - | $ 205.18 |
| 07/01/20 | 10/6/2020 | $2,427.79 | $2,427.79 | $ - | $ 205.18 |
| 08/01/20 | 11/2/2020 | $2,427.79 | $2,427.79 | $ - | $ 205.18 |
| 09/01/20 | 12/11/2020 | $2,427.79 | $2,427.79 | $ - | $ 205.18 |
| | 1/9/2021 | $2,027.79 | | $ 2,027.79 | $ 2,232.97 |
| 10/01/20 | 2/11/2021 | $2,427.79 | $2,427.79 | $ - | $ 2,232.97 |
| 11/01/20 | 3/11/2021 | $2,427.79 | $2,427.79 | $ - | $ 2,232.97 |
| 12/01/20 | 5/4/2021 | $2,427.79 | $2,427.79 | $ - | $ 2,232.97 |
| 01/01/21 | 5/21/2021 | $2,341.91 | $2,427.79 | $ (85.88) | $ 2,147.09 |
| 02/01/21 | 6/10/2021 | $2,291.91 | $2,427.79 | $ (135.88) | $ 2,011.21 |
| 03/01/21 | 7/12/2021 | $2,291.91 | $2,427.79 | $ (135.88) | $ 1,875.33 |
| 04/01/21 | 8/15/2021 | $2,291.91 | $2,427.79 | $ (135.88) | $ 1,739.45 |
| 05/01/21 | 9/12/2021 | $2,291.91 | $2,291.91 | $ - | $ 1,739.45 |
| 06/01/21 | 10/28/2021 | $2,291.91 | $2,291.91 | $ - | $ 1,739.45 |
| 07/01/21 | 11/10/2021 | $2,291.91 | $2,291.91 | $ - | $ 1,739.45 |
| 08/01/21 | 12/14/2021 | $2,291.91 | $2,291.91 | $ - | $ 1,739.45 |
| 09/01/21 | 1/14/2022 | $2,291.91 | $2,291.91 | $ - | $ 1,739.45 |
| 10/01/21 | 2/10/2022 | $2,291.91 | $2,291.91 | $ - | $ 1,739.45 |
| 11/01/21 | 3/10/2022 | $2,291.91 | $2,291.91 | $ - | $ 1,739.45 |
| 12/01/21 | 4/6/2022 | $2,291.91 | $2,291.91 | $ - | $ 1,739.45 |
| | | | | $ - | $ 1,739.45 |
| Post-Petition Fees | | | $650.00 | $ (650.00) | $ 1,089.45 |
| | | | | $ - | $ 1,089.45 |
| | CREDIT | $ 1,859.65 | | $ 1,859.65 | $ 2,949.10 |
| 01/01/22 | POST PMT | | $2,291.91 | $ (2,291.91) | $ 657.19 |
| 02/01/22 | PMT DUE | | $2,291.91 | $ (2,291.91) | $ (1,634.72) |
| 03/01/22 | PMT DUE | | $2,291.91 | $ (2,291.91) | $ (3,926.63) |
| 04/01/22 | PMT DUE | | $2,291.91 | $ (2,291.91) | $ (6,218.54) |
| | | | | $ - | $ (6,218.54) |
| | | | | $ - | $ (6,218.54) |
| 63 | 60 | $ 145,383.78 | $ 151,602.32 | $ (6,218.54) | |

| Due Date | P&I | Interest | Escrow | Total | Filed w/Courts |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Loan Number | ██████ |
| Debtor | |
| BK filed date | |
| BK Case # | |
| Loan Acquired | |
| Post Next Due | 2/1/2022 |
| Suspense | $ 657.19 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 2/1/2022-4/1/2022 | $2,291.91 | 3 | $ 6,875.73 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | Subtotal | | $ 6,875.73 |
| | Less Unapplied | | $ 657.19 |
| | Total to bring current | | $ 6,218.54 |

$ 6,875.73
$ 657.19 unapplied
$ 6,218.54

**Payment Address:**
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 500MS-501
Greenville, SC 29601