United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-00337-MJC
Edward Dillon  Chapter 13
Margaret Dillon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: May 26, 2022    Form ID: fnldec    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward Dillon, Margaret Dillon, 1285 Scotrun Drive, Scotrun, PA 18355-7799 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-23CB) ecfmail@mwc-law.com |
| Celine P DerKrikorian | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE 9CWALT 2007-23CB) ecfmail@mwc-law.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Bank of America NA, pamb@fedphe.com |
| Kevin S Frankel | on behalf of Creditor Bayview Loan Servicing LLC et al... pa-bk@logs.com |

Mario John Hanyon
    on behalf of Creditor Bank of America NA, pamb@fedphe.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-23CB ecfmail@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-23CB, c ecfmail@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE 9CWALT 2007-23CB) ecfmail@mwc-law.com

Rebecca Ann Solarz
    on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com

Steven R Savoia
    on behalf of Debtor 1 Edward Dillon ssavoia@ptd.net

Steven R Savoia
    on behalf of Debtor 2 Margaret Dillon ssavoia@ptd.net

Thomas Song
    on behalf of Creditor Bank of America NA, tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Hyundai Motor Finance Administrator for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Edward Dillon, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 5:17−bk−00337−MJC |
| Margaret Dillon, aka Margaret M Dillon, aka Margaret Mary Dillon, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−3562    xxx−xx−5875

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: May 26, 2022

**fnldec** (01/22)